UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Esther Salas, U.S.D.J. |
| v. | : | Criminal No. 15-400 |
| TONY MARCO | : | **CONSENT ORDER** |

**THIS MATTER** having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Sara F. Merin, Assistant U.S. Attorney, appearing), and defendant Tony Marco (Patrick N. McMahon, Esq., appearing), for an Order revising the conditions of Defendant's pretrial release; and the Court having ordered on September 18, 2015, that Defendant be subject to home incarceration, enter a detoxification facility, and then reside in a halfway house; and Pretrial Services having represented that Defendant completed detoxification and is presently residing at a halfway house; and Pretrial Services having further represented that an alteration in location monitoring conditions to Home Detention with electronic monitoring is necessary to permit Defendant to fully comply with the rules of the halfway house, which include obligations that participants look for work and go to addiction-related meetings; and all parties having consented to entry of this Order; and for good and sufficient cause shown,

**WHEREFORE**, it is on this 13th day of ~~October~~ November, 2015,

**ORDERED** that the condition of home incarceration is withdrawn; and it is further

**ORDERED** that Defendant shall be and hereby is subject to Home

1

Detention, with electronic monitoring, restricted to the residence with exceptions for the following: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by the Pretrial Services; and it is further

**ORDERED** that Defendant shall pay all or part of the cost of the monitoring, based on ability to pay as determined by Pretrial Services; and it is further

**ORDERED** that all conditions of Defendant's release not addressed herein shall remain in full force and effect.

_____
HONORABLE ESTHER SALAS
United States District Judge

Consented to by:

_____
Patrick N. McMahon, Esq.
Counsel to Defendant Tony Marco

_____
Sara F. Merin
Assistant United States Attorney